## Commonwealth ex rel. Strickland, Appellant, *v.* Myers.

Submitted June 12, 1962. Before RHODES, P. J., ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ.

*William Strickland,* appellant, in propria persona.

*John F. Hassett* and *Arlen Specter,* Assistant District Attorneys, *Paul M. Chalfin,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

OPINION PER CURIAM, September 13, 1962:

The order of the court below dismissing petition for writ of habeas corpus is affirmed on the opinion of Judge KELLEY of the Court of Common Pleas No. 6 of Philadelphia County, as reported in 27 Pa. D. & C. 2d 741.